```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SHAWN BIBBY, : | |
| : | HONORABLE JOSEPH E. IRENAS |
| Plaintiff, : | |
| : | CIVIL ACTION NO. 1:06-cv-289 |
| v. : | |
| : | |
| COMMERCE BANCORP, INC. : | **ORDER GRANTING DEFENDANTS'** |
| and COMMERCE INSURANCE : | **MOTION FOR SUMMARY JUDGMENT** |
| SERVICES, INC. : | **(Docket No. 23)** |
| : | |
| Defendants. : | |

**APPEARANCES:**

KARPF, KARPF & VIRANT
By: Ari. R. Karpf, Esq.
3070 Bristol Pike
Building 2, Suite 231
Bensalem, PA 19020
    Counsel for Plaintiff

BROWN & CONNERY, LLP
By: Susan M. Leming, Esq.
360 Haddon Avenue
Westmont, NJ 08108
    Counsel for Defendants

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon the Motion for Summary Judgment of Defendants Commerce Bancorp, Inc. and Commerce Insurance Services, Inc., the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this 17th day of March, 2008,

**ORDERED THAT:**

1. Defendants' Motion for Summary Judgment (Docket No. 23) is hereby **GRANTED.**

2. The Clerk of Court is hereby directed to **CLOSE** this case.

s/ *Joseph E. Irenas*
**JOSEPH E. IRENAS, S.U.S.D.J.**